

### State of Rhode Island and Providence Plantations
**A. Ralph Mollis**
*Secretary of State*

# APOSTILLE

(Convention de La Haye du 5 octobre 1961)



FILED
FEB 2 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'08 MC 0089

1. Country: United States of America
   This public document

2. has been signed by Robert H. Gentili

3. acting in the capacity of Notary Public, State of Rhode Island and Providence Plantations

4. the seal/stamp of Robert H. Gentili

## CERTIFIED

5. at Providence, Rhode Island      6. the 4th. Day of February 2008

7. by Maureen Ewing, Acting Deputy Secretary of State

8. No. 2008.02.055

9. Seal/Stamp:                       10. Signature:

*Maureen E. Ewing*

Maureen Ewing
Acting Deputy Secretary of State





Form: publici juris/Affidavit
Session: one supreme Court

Archetype

## Act of State
## Reaffirmation of Character
## And Renunciation of Attempted Expatriations

I, **James-Manuel: Oliveira**, ™®© by International Common Law Registration, being of the age of majority, complete in my faculties, a natural born Divine creation, and a Private, Sentient, Sovereign within the constitutional Public survey boundaries within **Rhode Island**, a Republic, within a constitutional Township, within a constitutional County known as Providence. The proper jurisdictions of the Common Law thereto, do solemnly make this Reaffirmation, pursuant to my freedom of religion, of an Ambassador, and Citizen of the Kingdom of Heaven under its King, Jesus the Christ; and an American Sovereign, in good standing and behavior, Public Minister (Ambassador), and "dominium" (owner) inhabitant within North America within the Constitution for the United States of America (1791 to date) as ordained and established, with reservation of all Divinely created and inherent unalienable Rights/Privileges. It is at the same time that I renounce and declare void, ab initio, any and all attempts (De Facto/ Renegade/Corporate), by means of fictions or otherwise, of any changes in my lawful Citizenship Status to that of a Corporate Statutory/Military/Maritime/Admiralty/Fictitious "U.S."; "person," "consumer," "individual," "citizen," "citizen-subject," plaintiff/defendant, "resident," "whoever," "taxpayer," "driver," "gun/firearm owner," "debtor," et al, subject to the seizure of Alien Properties by the hypothecated, Corporate/Legislative/Military/Maritime/Admiralty/Fictitious Democracy UNITED STATES, et al. Such corporations, fraudulent and non-existent in the Law, include, but are not limited to, the UNITED STATES, STATE OF RHODE ISLAND, COUNTY OF PROVIDENCE, CITY OF PAWTUCKET, JAMES MANUEL OLIVEIRA, JAMES M. OLIVEIRA, JAMES M OLIVEIRA, JAMES OLIVEIRA, J. MANUEL OLIVEIRA, J. OLIVEIRA, J.M. OLIVEIRA, James Manuel Oliveira, James M. Oliveira, James Oliveira, J. Manuel Oliveira, J. Oliveira, J.M. Oliveira, or any variation thereof, 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, etc. This doctrine of "Piercing the Corporate Veil" with its "Instrumentality Rule," will serve Notice, (judicial, presidential, or otherwise), that all acting as Corporate officers, etc., whether by color of law or color of official right, are acting or have acted without the usual immunities afforded in lawful civil/judicial proceedings. For the peace and safety of all Corporate officers, etc., as well as myself I have identified all my guaranteed, properties ("Life, Liberty, and Pursuit of Happiness"), until such time as the present De Facto/Renegade/Corporate government can make the necessary changes to its structure to insure the same. These identifications will list the International Record (Serial) Number (Apostille No), as has been recognized, received, recorded, and issued by the De Facto/Renegade/Corporate government. As this Number is the International registration National authentication, and State certification of a Public Document of the United States of America, my Nations, and of my Citizenships, as well as identification of all guaranteed, properties, whether Private or Public, are and have been in Lawful possession of me. Any confiscation or seizure of any kind of any of the guaranteed, Private and Public properties by any of the De Facto/Renegade/Corporate officers, etc. will result in damages of Ten Million Dollars of United States (Treaty States, nation-state) specie Money, (United States Dollars silver/ "Blocked"), that being enumerated in Article I, Section 10, Clause 1 as "gold and silver Coin" in the Constitution for the United States of America (1791 to date), to be multiplied by not only the damaging party, but all those in concert and cause of action.

This Declaration is affirmed by the enclosed Apostille, (The State of **Rhode Island**) copy, and, pursuant to 15 Stat. ch.249 pg.223 (1868), shall be made final, adopted, and accepted by the Doctrines of Estoppel (by acquiescence), Law of the Record (Apostille), Moral Obligation (peremptory mandamus), and the Divine Law (380 U.S.163; "The Bible is law to be applied nationally"); or upon the passing of a customary and reasonable time of ten (10) consecutive calendar days from receipt of the service guaranteed U. S. Mail (Certified) or otherwise. It will be the President's absolute ministerial duty to identify, restore, and correct any and all errors, injuries, wrongs, and damages at any time applied and/or attached to me, pursuant to Congressional demand within 15 Stat. ch. 249.

Dates: spiritual; "In the Beginning" plus Six Days:          Announcement of Diplomatic Arrival; June 5, 1951

_____*James-Manuel: Oliveira*_____ ™ ®© (Common Law);
Me; American; Christian; Private; Sentient;
Sovereign; Divine Inhabitant within North America; Within Rhode Island, a Republic;
"Within" a constitutional county and a constitutional township republic.

"...at the mouths of two, or at the mouths of three the matter is established."
Deuteronomy 19:15

_____*Elizabeth Rodriguez*_____                    _____*Edward Ammen*_____
Divine, Sentient, and Common Law Witness              Divine, Sentient, and Common Law Witness

---

Form: publici juris/Affidavit
Session: one supreme Court

Archetype

## Act of State
## Primary Signature Certification
## Convention de la Haye du 5 octobre 1961
TIAS 10072, 33 UST 883, 527 UNTS 189, (Convention #12)

I, ROBERT H GENTILI, a duly certified and qualified Notary, do hereby certify the document enclosed to be a true, correct, complete, and not misleading Original of the Archetype, containing the primary signature as sealed below. This notarization is for the purpose of signature certification only, for foreign use (i.e. United States of America) of the U.S. originating document. This is pursuant to the Hague Conference on Private International Law dated 5 October, 1961, at the Convention Abolishing the Requirement of Legalization for Foreign Public Documents. It was on 15 October, 1981 in which the United States declared as being a signatory to this Convention, and this procedure is required for the legalization of administrative/judicial documents as herein enclosed.

The State of Rhode Island  )       Acknowledged before me the **4** day of **Feb**_____, 2008 A.D.
County of Providence        )

_____*James-Manuel: Oliveira*_____        _____*Robert H Gentili*_____
Autograph                                     Notary Signature

                                                                              SEAL
Apostille Number: **2008.02.055**

**Reaffirmation of Character and Renunciation of Attempted Expatriation/Act of State**

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of
Rhode Island                    } ss.

County of
Providence

I, **James-Manuel: Oliveira** _____, hereby swear (or affirm) that the attached reproduction
       Name of Custodian of Original Document
of **Act of State Reaffirmation of Character And Renunciation of Attempted Expatriations** is a
                        Description of Original Document
true, correct, and complete

photocopy of a document in my possession.

_James-Manuel: Oliveira_
Signature of Custodian of Original Document

_56 Greene Street Pawtucket RI_
or P.O. Box 2292
Address

Subscribed and sworn to (or affirmed) before me on this __4__ day of __Feb 08__,
                                                        Date              Month
2008, by

**James-Manuel: Oliveira**
_____
Name of Custodian of Original Document

who proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Robert M. Gentity_
6·17·09
Signature of Notary Public

——————————— **OPTIONAL** ———————————

*Though the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document Copy**
**Title or Type of Document:**

**Document Date:** 2/4/2008   **Identifying No.:** 2008.02.055  **No. of Pages:** 2

**Signer(s) or Issuing Agency:** _James-Manuel: Oliveira_

**Capacity Claimed by Custodian**

☐ Individual ☐ Attorney ☐ Trustee ☐ Business Proprietor or Manager

☐ Corporate Officer - Title: _____

☐ University or School Officer - Title: _____

☐ Governmental Officer or Agent - Title: _____

☐ Other

**Custodian Is Representing:** ___JAMES-MANUEL: OLIVEIRA_____

Top of thumb here

© 2008 Richard-Wayne: Fry C/O 4153 Bryan Street, Oceanside, California Republic ZIP Code Exempt DMM 602-1-3(e)(2)

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on February 21, 2008, Richard W. Fry, the undersigned Notary Public mailed to:

> **CLERK OF THE COURT**
> **UNITED STATES DISTRICT COURT**
> **880 FRONT STREET, STE. 4290**
> **SAN DIEGO, CA 92101-8900**

'08 MC 00 89

hereinafter, "Recipient," the documents and sundry papers pertaining to James-Manuel: Oliveira unless indicated otherwise and herein identified as follows:

01. One (1) certified copy of Act of State w/Apostille and Copy Certification by Document Custodian
02. One (1) regular color copy of Act of State w/Apostille
03. Self-addressed, stamped envelope
04. Postal Money Order for $39.00 (filing fee)
05. **DUE PRESENTMENT UNDER NOTARY SEAL**
06. Reference copy **Notary's Certificate of Service** (signed original on file)

by Certified Mail # 7006 0100 0000 1829 8927 Return Receipt Requested by placing same in a postpaid envelope properly addressed to Recipient at said address and depositing same at an official depository under the exclusive face and custody of the U.S. Postal Service within the State of California.

*[Signature]*
Richard W. Fry, Notary Public

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

February 21, 2008
DATE

Richard W. Fry, Notary Public
c/o 4153 Bryan Street
Oceanside 92056
California state

# DUE PRESENTMENT UNDER NOTARY SEAL
# DEMAND FOR PAYMENT

**Richard W. Fry, NOTARY PUBLIC**
c/o 4153 Bryan Street
Oceanside California state

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

CLERK OF THE UNITED
STATES DISTRICT COURT
880 FRONT STREET, STE. 4290
SAN DIEGO, CA 92101-8900

'08 MC 0089

Re: **DUE PRESENTMENT UNDER NOTARY SEAL**

Dear COURT CLERK:

Under authority of N.Y. Exec Law §135, C.A.U.C.C. §§ 3501, 3502, 3503, 3504, 3505, and 1307, California Government Code §§ 8205[1], 8208, 8209; and at the request of James-Manuel: Oliveira, **due presentment** under notary seal is hereby made of the following:

01. One (1) certified copies of Act of State w/Apostille and Copy Certification by Document Custodian
02. One (1) regular color copy of Act of State w/Apostille
03. Self-addressed, stamped envelope
04. Postal Money Order for $39.00 (filing fee)
05. Copy of Notary Certificate of Service (signed Original of file)
06. **DUE PRESENTMENT UNDER NOTARY SEAL**

with the maker's request to open a Miscellaneous file for James-Manuel: Oliveira using one **CERTIFIED** copy of Act of State w/Apostille and California Copy Certification by Document Custodian.

You should keep the Copy Certifications with the copies you use to open the Miscellaneous File.

*Stamp and return the second copy of the Act of State w/Apostille, and return it in the envelope provided so it is received by the undersigned notary public at the*

---

[1] 8205. (a) **It is the duty** of a notary public, when requested: (1) To demand acceptance and payment of foreign and inland bills of exchange, or promissory notes, to protest them for non-acceptance and nonpayment, and, with regard only to the non-acceptance or nonpayment of bills and notes, to exercise any other powers and duties that by the law of nations and according to commercial usages, or by the laws of any other state, **government**, or country, may be performed by notaries.

Page 1 of 2

*mail location noted above no later than ten (10) days beyond the postmark of this presentment.*

Failure to fulfill each of these requests within the respective deadlines will be certified for evidentiary purposes in accord with C.A.U.C.C. §§ 1307, 3501, 3502, 3503, 3504, and 3505.

Thank you kindly for your attention.  WITNESS my hand and official seal.

_____
Richard W. Fry, NOTARY PUBLIC

RICHARD W. FRY
Commission # 1551972
Notary Public - California
San Diego County
My Comm. Expires Feb 12, 2009

February 21, 2008
Date

(Seal)

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 147996      — KD

February 22, 2008
16:31:26

Misc. Case
Amount.:                $39.00 MO
Check#.: 11887913395

Total—> $39.00

FROM: MISC CASE
      08MC0089